IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAROL JANE SOZA,<br><br>Defendant. | CR 25-13-BU-DLC<br><br><br>ORDER |

Defendant Carol Jane Soza has filed an unopposed motion to quash the arrest warrant issued on April 23, 2025 (Doc. 5) and requesting that the Court issue a summons for her appearance on the Indictment. (Doc. 7). Accordingly,

IT IS ORDERED that the Defendant's motion is GRANTED and the arrest warrant issued on April 23, 2025 is hereby QUASHED. Defendant's initial appearance and arraignment on the Indictment are scheduled for 1:00 p.m. on June 10, 2025, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula. The Clerk of Court shall issue a summons directing Defendant to appear at the designated date and time.

DATED this 29th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1