IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–13–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CAROL JANE SOZA, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 62.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Carol Jane Soza is charged with one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. § 2, and a forfeiture allegation, as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Soza's guilty plea as to the sole

1

Count after Soza appeared before her pursuant to Federal Rule of Criminal

Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and

Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 62) is ADOPTED in full.

IT IS FURTHER ORDERED that Soza's motion to change plea (Doc. 47) is

GRANTED.

IT IS FURTHER ORDERED that Carol Jane Soza is adjudged guilty as

charged in Count 1 of the Indictment.

DATED this 22nd day of January, 2026.

Dana L. Christensen, District Judge
United States District Court